**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**

                                          **No. 25-CR-2902-MIS**

**MYRON EDWARD BLAKE, JR.,**

    **Defendant.**

### UNOPPOSED MOTION TO SEAL DEFENDANT'S REPLY TO UNITED STATES' RESPONSE TO DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

COMES NOW, Defendant, Myron Edward Blake, Jr., by and through his attorney of record, Jessica R. Martin, Assistant Federal Public Defender, and requests this Court to seal Defendant's Reply to the United States' Response to the Defendant's Objections to the Presentence Investigation Report ("Reply").  As grounds, Mr. Blake states that the Reply includes information and disclosures regarding the victim's injuries and personal medical information which are subject to a Protective Order (Doc. 12).  The victim has an interest in keeping personal medical information confidential.

The Government does not oppose this Motion.

Wherefore, Defendant respectfully requests that the Court grant the above-requested relief and allow him to file the Reply under seal.

                            Respectfully submitted,

                            **FEDERAL PUBLIC DEFENDER**
                            506 S. Main, Suite 400
                            Las Cruces, New Mexico 88001
                            (575) 527-6930
                            ***Electronically filed (November 24, 2025)***
                            By:   */s/ Jessica R. Martin*
                                  Jessica R. Martin
                                  Assistant Federal Public Defender