Rev. October 28, 2015

| UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO<br>**SENTENCING MINUTE SHEET** ||||||
|---|---|---|---|---|---|
| CR No: | **25-2902 MIS** | USA vs.: | **BLAKE JR.** |||
| Date: | **12/09/2025** | Name of Deft: | **MYRON EDWARD BLAKE JR.** |||
| Before the Honorable: || **MARGARET I. STRICKLAND, UNITED STATES DISTRICT JUDGE** ||||
| Time In/Out: | **11:29 AM – 11:51 AM** | Total Time in Court **(for JS10):** | **22 MINUTES** |||
| Clerk: | **JESSICA CHAVEZ** | Court Reporter: | **VANESSA ALYCE CHAVEZ** |||
| AUSA: | **SYLVIA DELGADO** | Defendant's Counsel: | **JESSICA MARTIN** |||
| Sentencing in: | **LAS CRUCES** | Interpreter: | **NONE** |||
| Probation Officer: | **CHARLES JUARROS** | Sworn? | **X** Yes | | No |
| Convicted on: | **X** Plea | Verdict | As to: | **X** Information | Indictment |
| If Plea: | **X** Accepted | Not Accepted | Adjudged/Found Guilty on Counts: |||
| If Plea Agreement: | **X** Accepted | Not Accepted | No Plea Agreement | Comments: ||
| Date of Plea/Verdict: | **7/30/2025** || PSR: | **X** Not Disputed | Disputed |
| PSR: | **X** Court Adopts PSR Findings || Evidentiary Hearing: | **X** Not Needed | Needed |
| Exceptions to PSR: |||||| 

| **SENTENCE IMPOSED** | Imprisonment (BOP): | **57 MONTHS** |||
|---|---|---|---|---|
| Supervised Release: **3 YEARS** || Probation: ||| 
| **X** 500-HOUR DRUG PROGRAM || BOP SEX OFFENDER PROGRAM | OTHER: ||
| Court recommends ICE begin removal proceedings immediately or during service of sentence |||  **X** | ICE not applicable |

| **SPECIAL CONDITIONS OF SUPERVISION** ||||
|---|---|---|---|
| ☒ | Parties have reviewed the standard and special conditions listed in Attachment A to PSR. Doc. | ☒ | Parties have no objections to the conditions listed in Attachment A. |
| ☒ | Parties waive reading of conditions. | ☒ | Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the conditions listed. |
| **X** | OTHER: **TAKE ALL MENTAL HEALTH MEDICATIONS AS PRESCRIBED** |||

| Fine: $ | | Restitution: $ | ||
|---|---|---|---|---|
| SPA: $ | **100** ($100 as to each Count) | Payment Schedule: | **X** Due Imm. | Waived |
| OTHER: |||||
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement ||
| **X** | Held in Custody | | Voluntary Surrender ||
| **X** | Recommended place(s) of incarceration: | **FCI LA TUNA, TEXAS** |||
| | Dismissed Counts: |||| 
| OTHER COMMENTS: | **MS. MARTIN ARGUMENT AS TO OBJECTIONS.**<br>**COURT OVERRULES OBJECTIONS, AGREE WITH RESPONSE BY USPO.** ||||